UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
May 16, 2005

FILED
ASHEVILLE, N. C.

MAY 19 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

No. 04-2310
CA-03-214-1

UNITED STATES OF AMERICA

    Plaintiff - Appellee

    v.

KRIS PLETSCHKE, d/b/a Raw Health

    Defendant - Appellant

---

O R D E R

---

The Appellant has filed an untimely petition for rehearing en banc. This Court strictly enforces the time limits for filing petitions for rehearing en banc.

The Court denies the petition for rehearing en banc as untimely filed.

                For the Court - By Direction

                /s/ Patricia S. Connor
                _____
                        CLERK