JUDGMENT  FILED: March 29, 2005

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

No. 04-2310
CA-03-214-1

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

KRIS PLETSCHKE, d/b/a Raw Health

    Defendant - Appellant

---

Appeal from the United States District Court for the
Western District of North Carolina at Asheville

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
_____
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY /s/ Diane Burke
Deputy Clerk

FILED ASHEVILLE, N.C. MAY 24 2005 U.S. DISTRICT COURT W. DIST. OF N.C.